UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| INCLINE RANCH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No. CV-23-86-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that in accordance with the order dated November 24, 2025 (Doc. 59), judgment is entered in favor of Defendants.

  Dated this 24th day of November, 2025

            TYLER P. GILMAN, CLERK


         By: /s/ Sarah Nagy
            Deputy Clerk